# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **D.T., a minor who sues by and through his father and next friend, M.T.,** : : : | |
| **Plaintiff,** : | |
| vs. : | **CA 10-0348-CG-C** |
| : | |
| **SHERIFF'S DEPARTMENT OF BALDWIN COUNTY, et al.,** : : | |
| **Defendants.** | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 19, 2010, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 18th day of November, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE